STATE v. ODUM

[343 N.C. 116 (1996)]

STATE OF NORTH CAROLINA v. DAVID LOUIS ODUM

No. 368A95

(Filed 4 April 1996)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 119 N.C. App. 676, 459 S.E.2d 826 (1995), affirming an order entered by Farmer, J., on 13 December 1993 in Superior Court, Wake County, denying defendant's motion to suppress certain evidence. Heard in the Supreme Court 13 March 1996.

*Michael F. Easley, Attorney General, by William B. Crumpler, Assistant Attorney General, for the State.*

*Thomasin Elizabeth Hughes for defendant-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Greene, the decision of the Court of Appeals is reversed. The case is remanded to that court for further remand to the Superior Court, Wake County, for a trial at which the seized evidence in question is suppressed.

REVERSED AND REMANDED.